UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
THE CITY OF BLAINE, *et al.*,             )   No. C03-0813L
                                          )
                    Plaintiffs,           )
        v.                                )   ORDER
                                          )
GOLDER ASSOCIATES, INC., *et al.*,        )
                                          )
                    Defendants.           )
_____)

The parties to the above-captioned matter shall review the pending motions in limine (Dkt. # 200, 202, 204, 206, 208, 210, 212, 214, 216, 217, and 219) and confer with each other to determine whether the Court's summary judgment rulings make the resolution of any of these motion unnecessary. If the parties agree that a pending motion in limine is now moot, the moving party shall, within five days of the date of this Order, file a notice of withdrawal specifically identifying the title and docket number of the withdrawn motion(s).

DATED this 2nd day of September, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER