UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
THE CITY OF BLAINE, *et al.*,       )   No. C03-0813L
                                    )
                Plaintiffs,         )
        v.                          )   ORDER
                                    )
GOLDER ASSOCIATES, INC., *et al.*,  )
                                    )
                Defendants.         )
_____)

It has come to the Court's attention that defense counsel is currently out of the country and will not return until Wednesday, September 14, 2005. As directed in this Court's Order of September 2, 2005, the parties shall make every effort promptly to review the pending motions in limine (Dkt. # 200, 202, 204, 206, 208, 210, 212, 214, 216, 217, and 219) and to inform the Court whether the resolution of any of these motion unnecessary. Because Mr. Bond's absence may make communications between the parties difficult, the deadline by which the parties must file their notices of withdrawal is hereby extended to 4:30 pm on Friday, September 16, 2005.

DATED this 9th day of September, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER