UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
THE CITY OF BLAINE, *et al.*,            )   No. C03-0813L
)
               Plaintiffs,      )
   v.                                  )   ORDER DENYING DEFENDANT'S
)   MOTION FOR RECONSIDERATION
GOLDER ASSOCIATES, INC., *et al.*,     )
)
               Defendants.     )
_____)

       This matter comes before the Court on defendant Golder Associates, Inc.'s timely motion for reconsideration. Such motions are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence." Local Civil Rule 7(h)(1). Defendant has not met this burden. The fact that plaintiffs were willing to provide limited information regarding the status of the construction activities in compliance with their on-going discovery obligations does not change the fact that defendant failed to show good cause to reopen discovery in this matter.

       Defendants' motion for reconsideration is, therefore, DENIED.

ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION

1    DATED this 10th day of January, 2006.

2

3                                    _____
                                     Robert S. Lasnik
4                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION            -2-