1

2

3

4

5

6                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
7                                        AT SEATTLE

8    _____
                                              )
9    THE CITY OF BLAINE, *et al.*,             )          No. C03-0813L
                                              )
10                          Plaintiffs,        )
                  v.                           )          ORDER GRANTING IN PART
11                                             )          DEFENDANTS' MOTION IN LIMINE
     GOLDER ASSOCIATES, INC., *et al.*,        )          REGARDING ALTER EGO CLAIMS
12                                             )
                            Defendants.        )
13   _____)

14

15           This matter comes before the Court on "Defendants' Motion in Limine on

16   Evidence Relating to Golder Associates Corporation and Enterra Holdings Ltd. and Right to

17   Jury." Dkt. # 319. Defendants seek an order prohibiting the presentation of argument or

18   evidence regarding Golder Associates Corporation ("GAC") and Enterra Holdings Ltd.

19   ("Enterra") during phase one of the trial. Defendants also seek a determination that the Court,

20   not the jury, will decide whether the corporate form should be disregarded as to GAC and

21   Enterra.

22           Plaintiffs agree that evidence regarding GAC and Enterra is not relevant to the

23   issues to be decided in the first phase of the trial. The Court will reserve the issue of whether

24   plaintiffs are entitled to a jury on their alter ego/veil piercing claim against GAC and Enterra. A

25

26   ORDER GRANTING IN PART DEFENDANTS'
     MOTION IN LIMINE REGARDING
     ALTER EGO CLAIMS

1   jury capable of hearing both phases of the trial will be empaneled, but the Court will decide at

2   the end of phase one what, if any, role the jury will have in phase two.

3

4           For all of the foregoing reasons, defendants' motion to regarding the alter ego

5   claims is GRANTED in part and RESERVED in part.

6           DATED this 11th day of May, 2006.

7

8

9                                           *Robt S Lasnik*
                                            _____
10                                          Robert S. Lasnik
                                            United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER GRANTING IN PART DEFENDANTS'
     MOTION IN LIMINE REGARDING
     ALTER EGO CLAIMS                        -2-