UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
THE CITY OF BLAINE, *et al.*,           )   No. C03-0813L
                                        )
              Plaintiffs,      )
   v.                                   )   ORDER DENYING DEFENDANTS'
                                        )   MOTION IN LIMINE REGARDING
GOLDER ASSOCIATES, INC., *et al.*,      )   REDUNDANT OR UNTIMELY
                                        )   DISCLOSED EXPERTS
              Defendants.      )
_____)

        This matter comes before the Court on "Defendants' Motion in Limine on Redundant or Untimely Disclosed Experts." Dkt. # 320. Defendants seek an order prohibiting the presentation of "excessive" or untimely disclosed expert testimony. In their motion, defendants provide no evidence, record citations, or specific factual allegations that could support a finding that plaintiff failed to disclose a particular expert's opinion in a timely manner or that the presentation of such opinions at trial would be redundant.

        For all of the foregoing reasons, defendants' motion to regarding redundant or untimely disclosed experts is DENIED.

ORDER DENYING DEFENDANTS' MOTION
IN LIMINE REGARDING REDUNDANT OR
UNTIMELY DISCLOSED EXPERTS

1

2    DATED this 11th day of May, 2006.

3

4                                    *signature*
                                     Robert S. Lasnik
5                                    United States District Judge

6

7

...

26  ORDER DENYING DEFENDANTS' MOTION
    IN LIMINE REGARDING REDUNDANT OR
    UNTIMELY DISCLOSED EXPERTS              -2-