UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
THE CITY OF BLAINE, *et al.*,       )   No. C03-0813L
                                    )
           Plaintiffs,              )
     v.                             )   ORDER DENYING PLAINTIFFS'
                                    )   MOTION IN LIMINE REGARDING
GOLDER ASSOCIATES, INC., *et al.*,  )   FACTUAL CONTENTION
                                    )
           Defendants.              )
_____ )

        This matter comes before the Court on "Plaintiffs' Motion in Limine Regarding Defendants' Factual Contention that Golder Associates, Inc. Did Not Breach Its Contract with the City of Blaine." Dkt. # 327. Plaintiffs seek an order prohibiting the presentation of evidence or argument implying that Golder Associates, Inc., did not breach its contract with the City of Blaine.[1]

        In <u>The Lummi Nation v. Golder Associates, Inc.</u>, C01-1003L, the Court found that Dr. Tucker and Golder Associates, Inc., breached the Washington State Indian Graves and Records Act ("IGRA") and certain contractual duties owed to the Lummi. Those findings do not, however, establish plaintiffs' claim that one or more of the defendants breached contractual

---

[1] This matter can be decided on the papers submitted by the parties. Plaintiffs' request for oral argument is DENIED.

ORDER DENYING PLAINTIFFS' MOTION IN
LIMINE REGARDING FACTUAL CONTENTION

duties owed to the City of Blaine. Plaintiffs' motion in limine is DENIED.

DATED this 12th day of May, 2006.

*MrS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFFS' MOTION IN
LIMINE REGARDING FACTUAL CONTENTION   -2-