UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
THE CITY OF BLAINE, *et al.*,          )   No. C03-0813RSL
                                       )
            Plaintiffs,                )
      v.                               )   ORDER RESERVING PLAINTIFFS'
                                       )   MOTION IN LIMINE REGARDING
GOLDER ASSOCIATES, INC., *et al.*,     )   FUNDING SOURCES
                                       )
            Defendants.                )
_____)

This matter comes before the Court on "Plaintiffs' Motion in Limine Regarding Whether the City Will Receive Grants for the Construction of its New Waste Water Treatment Plant." Dkt. # 328.[1] Whether evidence of other funding sources will be admitted is best decided at trial where the probative value of and foundation for the evidence can be weighed in context. Both parties are advised that damage evidence based on nothing more than speculation is not likely to survive a properly asserted objection.

For all of the foregoing reasons, plaintiffs' motion in limine regarding third-party funding sources is RESERVED until trial.

---

[1] This matter can be decided on the papers submitted by the parties. Plaintiffs' request for oral argument is DENIED.

ORDER RESERVING PLAINTIFFS' MOTION IN
LIMINE REGARDING FUNDING SOURCES

1
2        DATED this 12th day of May, 2006.
3
4
5                           _____
                            Robert S. Lasnik
6                           United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER RESERVING PLAINTIFFS' MOTION IN
LIMINE REGARDING FUNDING SOURCES         -2-