UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
THE CITY OF BLAINE, *et al.*,      )      No. C03-0813RSL
                                   )
                   Plaintiffs,     )
        v.                         )      ORDER GRANTING IN PART
                                   )      PLAINTIFFS' MOTION IN LIMINE
GOLDER ASSOCIATES, INC., *et al.*, )      REGARDING INSOLVENT INSURERS
                                   )
                   Defendants.     )
_____)

This matter comes before the Court on "Plaintiffs' Motion in Limine Regarding: (1) Whether Defendants Have Insurance; (2) Whether Defendants' Insurer is Bankrupt; (3) Whether the Washington Insurance Guaranty Act Bars Recovery to Any Plaintiffs." Dkt. # 329.[1]  In the first phase of this litigation, defendants do not intend to place before the jury any evidence regarding the availability of insurance, the status of defendants' insurers, or the applicability of RCW 48.32.030.  To that extent, plaintiff's motion in limine is GRANTED. Plaintiffs did not, however, make a timely motion for summary judgment regarding the effect of the Washington Insurance Guaranty Act in the circumstances presented here.  That issue remains in the case and, assuming defendants have discovered and properly disclosed additional relevant

---

[1] This matter can be decided on the papers submitted by the parties. Plaintiffs' request for oral argument is DENIED.

ORDER GRANTING IN PART PLAINTIFFS'
MOTION IN LIMINE REGARDING
INSOLVENT INSURERS

1  evidence, may be addressed through post-trial motions.

3  For all of the foregoing reasons, plaintiffs' motion in limine regarding the
4  availability of insurance, the status of defendants' insurer, and the applicability of RCW
5  48.32.030 is GRANTED without prejudice to defendants' ability to file a post-trial motion on
6  the last issue.

DATED this 12th day of May, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART PLAINTIFFS'
MOTION IN LIMINE REGARDING
INSOLVENT INSURERS                           -2-