UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
THE CITY OF BLAINE, *et al.*,             )      No. C03-0813RSL
                                          )
          Plaintiffs,                     )
     v.                                   )      ORDER GRANTING PLAINTIFFS'
                                          )      MOTION IN LIMINE RE: LIABILITY
GOLDER ASSOCIATES, INC., *et al.*,        )      FOR GORDON TUCKER'S
                                          )      CRIMINAL ACTS
          Defendants.                     )
_____)

       This matter comes before the Court on "Plaintiffs' Motion in Limine Regarding Defendants' Claim that They Are Not Liable for the Intentional or Criminal Acts of Gordon Tucker." Dkt. # 336.[1] Plaintiffs seek an order prohibiting defendants from arguing that they are not liable for the acts of Gordon Tucker because they were intentional and/or criminal under the Washington State Indian Graves and Records Act ("IGRA"). Defendants do not necessarily object to a finding that they are liable for all of Mr. Tucker's acts: they simply do not want plaintiffs emphasizing the criminal nature of his violations

       The Court has already determined that the findings in <u>The Lummi Nation v.</u>

---

[1] This matter can be decided on the papers submitted by the parties. Plaintiffs' request for oral argument is DENIED.

ORDER GRANTING PLAINTIFFS' MOTION IN
LIMINE RE: LIABILITY FOR GORDON TUCKER'S
CRIMINAL ACTS

1  Golder Associates, Inc., C01-1003L, are relevant and, if handled appropriately, will not unduly
2  prejudice defendants. Plaintiffs will not be required or permitted to relitigate the earlier findings
3  and should avoid references to IGRA's criminal provisions without prior approval of the Court.

5  For all of the foregoing reasons and there being no argument, law, or facts that
6  would allow defendants to escape responsibility for the professional acts of their employee,
7  defendants shall not be permitted to argue that they are not liable for the actions of Gordon
8  Tucker. Plaintiffs' motion in limine is therefore GRANTED.

10  DATED this 12th day of May, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION IN
LIMINE RE: LIABILITY FOR GORDON TUCKER'S
CRIMINAL ACTS                              -2-