UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
THE CITY OF BLAINE, *et al.*,             )   No. C03-0813RSL
                                          )
                  Plaintiffs,             )
        v.                                )   ORDER GRANTING PLAINTIFFS'
                                          )   MOTIONS TO AMEND PROPOSED
GOLDER ASSOCIATES, INC., *et al.*,        )   PRETRIAL ORDER
                                          )
                  Defendants.             )
_____)

This matter comes before the Court on "Plaintiffs' Motion to Amend [Proposed] Pretrial Order" (Dkt. # 347), "Plaintiffs' Second Motion to Amend [Proposed] Pretrial Order" (Dkt. # 371), and "Plaintiffs' Third Motion to Amend [Proposed] Pretrial Order" (Dkt. # 404). Plaintiffs' motions to amend are GRANTED. Plaintiffs shall, within two days of the date of this Order, submit a revised proposed pretrial order consistent with the changes set forth in their motions.

DATED this 16th day of May, 2006.

                                        *[signature]*
                                        Robert S. Lasnik
                                        United States District Judge