UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CITY OF BLAINE, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOLDER ASSOCIATES, INC., *et al.*,<br><br>　　　　　　Defendants. | No. C03-0813L<br><br>ORDER DENYING PLAINTIFFS' MOTION IN LIMINE REGARDING WITNESSES WHITLAM AND WILSON |

This matter comes before the Court on "Plaintiffs' Motion in Limine Regarding Defendants' Witnesses Robert Whitlam and Ian Wilson." Dkt. # 417. The motion is DENIED as moot.

DATED this 1st day of June, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFFS' MOTION IN
LIMINE REGARDING WITNESSES WHITLAM
AND WILSON