UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
THE CITY OF BLAINE, *et al.*,       )
                                    )   No. 03-0813RSL
            Plaintiffs,             )
                                    )
    v.                              )
                                    )   ORDER TO SHOW CAUSE
GOLDER ASSOCIATES, INC., *et al.*,  )
                                    )
            Defendants.             )
_____)

This matter comes before the Court *sua sponte*. On July 26, 2006, defendant Golder Associates, Inc., filed a memorandum with related documents that, taken as a whole, exceeds 50 pages in length. As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendant is hereby ORDERED to show cause within five days of this Order why it should not be sanctioned for failure to comply with the special notices sent to the parties via CM/ECF on September 16, 2004 and November 8, 2005, and with the amended case management orders dated May 26, 2005, and February 6, 2006 (Dkt. # 279 and 313). Defendant shall immediately deliver a paper copy of the documents filed on July 26, 2006, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for August 8, 2006.

ORDER TO SHOW CAUSE

1
2
3      DATED this 31st day of July, 2006.
4
5                              _____
                               Robert S. Lasnik
6                              United States District Judge

ORDER TO SHOW CAUSE                     -2-