UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
THE CITY OF BLAINE, *et al.*,      )
                                    )   No. 03-0813RSL
            Plaintiffs,             )
     v.                             )
                                    )   ORDER
GOLDER ASSOCIATES, INC., *et al.*, )
                                    )
            Defendants.             )
_____)

This matter comes before the Court *sua sponte*. On July 31, 2006, the Court ordered defendant to deliver a courtesy copy of documents she filed on July 26, 2006. Defendant has now done so. The Order to Show Cause (Dkt. # 471) is hereby VACATED: defendant need not take any further action in response to the Order to Show Cause.

DATED this 3rd day of August, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER