UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
THE CITY OF BLAINE, *et al.*,                )      No. C03-0813L
                                                    )
                          Plaintiffs,           )
          v.                                        )      ORDER DENYING DEFENDANT
                                                    )      GOLDER ASSOCIATES, INC.'S
GOLDER ASSOCIATES, INC., *et al.*,   )      MOTION FOR LEAVE TO FILE A
                                                    )      SUPPLEMENTAL MEMORANDUM
                          Defendants.        )
_____)

This matter comes before the Court on "Golder Associates, Inc.'s Motion for Leave to File Supplemental Memorandum Re Rate of Interest" (Dkt. #488). Defendant requests leave to file a supplemental memorandum to address an alleged "mistake" made by plaintiffs in their motion for award of prejudgment interest (Dkt. #454). Defendant claims that plaintiffs cited only to RCW 4.56.110, and not to the individual subsections including § 4.56.110(3), when discussing the appropriate interest rate to be applied in this case.

Plaintiffs cited to RCW 4.56.110 in their motion for prejudgment interest. See Dkt. #454 at 6. Accordingly, the Court will consider the entire section of RCW 4.56.110, including all of its subsections, when determining the applicable interest rate, if any, to apply. Therefore, there is no need for additional briefing on this issue and defendant's motion for leave to file a supplemental memorandum (Dkt. #488) is DENIED.

ORDER DENYING DEFENDANT'S
MOTION FOR LEAVE

DATED this 10th day of October, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION FOR LEAVE                -2-