1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                        )
THE CITY OF BLAINE, *et al.*,              )        No. C03-0813L
                                                        )
                            Plaintiffs,              )
            v.                                         )        ORDER TO SHOW CAUSE
                                                        )
GOLDER ASSOCIATES, INC., *et al.*,    )
                                                        )
                            Defendants.            )
_____)

14      This matter comes before the Court *sua sponte*.  On April 4, 2005, the Court bifurcated

15 the trial in this case into two phases:  phase I for liability and damages; and phase II for the alter

16 ego theory.  See Dkt. #259.  The liability and damages phase was completed on June 1, 2006.

17 See Dkt. #449 (Jury Verdict).  On October 10, 2006, the Court denied plaintiffs' Fed. R. Civ. P.

18 54(b) motion for entry of judgment because the alter ego theory had not yet been adjudicated.

19 See Dkt. #493.  Given that this case remains open pending resolution of the alter ego theory, the

20 parties are hereby ORDERED TO SHOW CAUSE why the Court should not enter final

21 judgment and dismiss the alter ego theory, or, set phase II for trial on the Court's calendar.

22      The parties shall file their responsive memoranda no later than Thursday, February 8,

23 2007.  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar

24 for Friday, February 9, 2007.

25 //

26 //

ORDER TO SHOW CAUSE

1    DATED this 25th day of January, 2007.

2

3

4                                    Robert S. Lasnik
                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE                    -2-