UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CITY OF BLAINE, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>GOLDER ASSOCIATES, INC., *et al.*,<br><br>　　　　　　　　Defendants. | No. C03-0813L<br><br>ORDER VACATING<br>ORDER TO SHOW CAUSE |

On January 25, 2007, the Court issued an Order to Show Cause why the Court should not enter final judgment and dismiss the alter ego theory in this case, or, set phase II for trial on the Court's calendar (Dkt. #498). Defendants filed their response to this order on February 7, 2007 asserting that the alter ego claims against Golder Associates Corporation and Enterra Holdings Ltd. should be dismissed and judgment should be entered only against Golder Associates, Inc. See Dkt. #500 at 1-2. Plaintiffs filed two motions in response to the Order to Show Cause: (1) a Fed. R. Civ. P. 41(a)(2) motion for dismissal of all the remaining claims set for phase II of the trial, including the alter ego claims against Golder Associates, Ltd., Golder Associates Corporation, and Enterra Holdings, Ltd.; and (2) a motion for entry of judgment against Golder Associates, Inc. under Fed. R. Civ. P. 58. See Dkt. ##501-03. Plaintiffs' motions for dismissal and entry of judgment have been noted on the Court's calendar for March 2, 2007. Accordingly, the Court VACATES the Order to Show Cause (Dkt. #498).

ORDER VACATING
ORDER TO SHOW CAUSE

DATED this 12th day of February, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING
ORDER TO SHOW CAUSE                             -2-